UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61918-CIV-LENARD/WHITE

**QUINTAN SMITH**,

      Petitioner,

vs.

**WALTER MCNEIL,**

      Respondent.

_____/

**ORDER ADOPTING REPORT & RECOMMENDATION OF
MAGISTRATE JUDGE (D.E. 25) AND DENYING PETITION FOR
HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 (D.E. 1)**

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 25), issued on November 6, 2009, recommending that Petitioner Quintan Smith's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2).  Therein, Petitioner was provided ten (10) days to file objections to the Report.  To date, Petitioner has not filed any objections to the Report.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 25), issued on November 6, 2009, is **ADOPTED**;

    2.    The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.E. 1),

        filed on December 2, 2008, is **DENIED** as untimely;

3.      This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of December, 2009.

                                                    **JOAN A. LENARD**
                                                    **UNITED STATES DISTRICT JUDGE**